```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 17468
    EFREN HERNANDEZ
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-6524

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/25/2007 and was confirmed 11/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/19/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
LASALLE BANK            SECURED VEHIC       790.00           9.60         432.12
CITIFINANCIAL INC       SECURED            3545.00            .00         463.79
CITIFINANCIAL MORTGAGE C NOTICE ONLY      NOT FILED           .00            .00
WELLS FARGO HOME MORTGAG CURRENT MORTG     8536.92            .00        8536.92
WELLS FARGO HOME MORTGAG MORTGAGE ARRE    20702.33            .00            .00
WELLS FARGO HOME MTG    NOTICE ONLY       NOT FILED           .00            .00
AMERITECH               UNSEC W/INTER     NOT FILED           .00            .00
GOODYEAR CITIBANK SILVER UNSEC W/INTER    NOT FILED           .00            .00
MIDLAND FINANCE         UNSEC W/INTER     NOT FILED           .00            .00
MIRANDA FURNITURE       UNSEC W/INTER     NOT FILED           .00            .00
GE CAPITAL MORTGAGE     NOTICE ONLY       NOT FILED           .00            .00
ASSET ACCEPTANCE CORP   UNSEC W/INTER      137.78             .00            .00
CITIFINANCIAL INC       SECURED NOT I      485.19             .00            .00
MARICELA HERNANDEZ      NOTICE ONLY       NOT FILED           .00            .00
ALBERTO CARRANZA        NOTICE ONLY       NOT FILED           .00            .00
TIMOTHY K LIOU          DEBTOR ATTY        1,539.20                       1,539.20
TOM VAUGHN              TRUSTEE                                             850.42
DEBTOR REFUND           REFUND                                              329.95

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 12,162.00

PRIORITY                                              .00
SECURED                                          9,432.83
    INTEREST                                         9.60
UNSECURED                                             .00
ADMINISTRATIVE                                   1,539.20
TRUSTEE COMPENSATION                               850.42
DEBTOR REFUND                                      329.95

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17468 EFREN HERNANDEZ
```

```
                                ---------------      ---------------
TOTALS                              12,162.00           12,162.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```